UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-60273-PCH-2

UNITED STATES OF AMERICA,

v.

ROBERT MCKINLEY THOMAS,

      Defendant.

_____/

## ORDER AMENDING BOND CONDITIONS

This cause comes before the Court on the Petition and Order for Action on Conditions of Pretrial Release (the "Petition") (ECF No. 108) as to Defendant Robert McKinley Thomas ("Defendant"). United States District Judge Paul C. Huck referred this matter to the undersigned for a Show Cause Hearing to address Defendant's noncompliance with his existing bond conditions, as alleged in the Petition. (ECF No. 103).

On December 23, 2025, this Court held a hearing, pursuant to 18 U.S.C. § 3148(b), to determine whether Defendant's bond should be revoked based on the violations alleged in the Petition.[1] Having considered the standard set forth in 18 U.S.C. § 3148(b), the factors enumerated in 18 U.S.C. § 3142(g), and the arguments of counsel, the undersigned declines to revoke Defendant's bond at this time. Accordingly, in addition to the conditions in the existing bond, (ECF No. 56), Defendant's bond is amended to include the following conditions:

1.      Defendant is subject to a daily curfew and restricted to his residence from the hours of 8PM to 6AM. Allowances for work, medical appointments, and/or meetings with Defendant's attorney will be made with prior approval from Defendant's Probation Officer. On December 24,

_____

[1] The audio recording of these proceedings is incorporated by reference.

2025 only, the curfew shall be from 10PM to 6AM.

2.      Defendant is to abstain from all alcohol and narcotic drugs or other controlled substances, as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 802), without a prescription by a medical practitioner.

3.      Defendant is to submit to substance abuse treatment, as determined by Defendant's Probation Officer.

All other conditions of Defendant's bond remain unchanged. *See* (ECF No. 56).

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida, on December 23, 2025.

ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc:     Pretrial Services
        U.S. Marshal's Service
        Counsel of record