UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 0:25-cr-60273-PCH

**UNITED STATES OF AMERICA,**

vs.

**ROBERT MCKINLEY THOMAS,**

    Defendant.
_____/

## ORDER OF REFERENCE

**THIS CAUSE** is before the Court upon the United States Probation Office's memorandum submitted to chambers requesting that Defendant Robert McKinley Thomas be required to appear before the Court for a Rule to Show Cause Hearing to address Defendant's failure to comply with his bond conditions. The United States Probation Office's request that Defendant be required to appear for a Rule to Show Cause Hearing is hereby **REFERRED** to United States Magistrate Judge Lauren F. Louis to take all necessary and proper action as required by law, pursuant to 28 U.S.C. § 636(b)(1) and the Magistrate Rules for the Southern District of Florida.

**DONE AND ORDERED**, in Miami, Florida on March 12, 2026.

                                              PAUL C. HUCK
                                              UNITED STATES DISTRICT JUDGE

**Copies provided to:**
Magistrate Judge Lauren F. Louis
Counsel of Record