**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. <u>25-CR-60273-HUCK</u>**

**UNITED STATES OF AMERICA**

**vs.**

**ROBERT MCKINLEY THOMAS,**

      **Defendant.**

                                             /

## <u>JOINT NOTICE REGARDING HEARING ON VIOLATION OF BOND</u>

The United States of America and Defendant Robert McKinley Thomas ("Defendant"), through their respective undersigned counsel, and after consultation with United States Probation Officer Serena Crosdale, submit this Joint Notice Regarding Hearing on Violation of Bond pursuant to the Court's Paperless Order entered March 12, 2026 (DE 142).[1] The parties state as follows:

1.      Defendant advises the Court that he intends to admit the violations of his bond conditions alleged in the "Violation Memorandum—Request for Show Cause Hearing" from United States Probation Officer Serena Crosdale to the Honorable Paul C. Huck, Senior United States District Judge, dated March 10, 2026 (hereinafter, the "Bond Violations") without the need for an evidentiary hearing.

---

[1] The Paperless Order stated: "By Thursday, March 19, 2026, the Parties (after consulting with the probation officer) will file a joint notice listing four (4) dates when they (and their witnesses) are available for an in-person, evidentiary hearing on this matter. The joint notice will also include an estimate of the anticipated duration of the hearing. The undersigned is on criminal duty the week of March 23, 2026. Therefore, the Parties will not include proposed dates during that week."

2.      The United States advises the Court that, upon Defendant's admission of the Bond Violations, the United States will recommend that the Court revoke Defendant's bond.   Defendant advises the Court that he will not contest revocation of his bond.

3.      The parties jointly request that the Court hear this matter, and allow Defendant to admit the Bond Violations and take all necessary and proper action as required by law, pursuant to 28 U.S.C. § 636(b)(1), at Defendant's Change of Plea Hearing, which is presently set before the Court on March 19, 2026, at 2:30 p.m.[2]

4.      To the extent that the Court requires a separate hearing to address this matter, the parties and Probation Officer Crosdale are available on the following four dates: April 6; April 8; April 9; and April 10.   The parties estimate that the duration of such a hearing will be approximately 15 minutes.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:   /s/ David A. Snider              /s/ Juan J. Michelen
       David A. Snider                   Juan J. Michelen
       Assistant United States Attorney    Stumphauzer Kolaya Nadler & Sloman, PLLC
       Court ID No. A5502260           One Biscayne Tower
       99 N.E. 4th Street               2 South Biscayne Boulevard, Suite 1600
       Miami, FL 33132                Miami, FL 33131
       Tel: (305) 961-9446             Tel: 305-614-1406
       Email: david.snider@usdoj.gov     E-mail: jmichelen@sknlaw.com

*Attorney for Defendant Robert McKinley Thomas*

---

[2] Probation Officer Crosdale advises that she is unavailable on March 19, 2026.   However, the government does not anticipate calling Officer Crosdale or any other witness based upon Defendant's stated intention to admit the Bond Violations.   Defendant agrees that Officer Crosdale's attendance is not necessary for him to admit the Bond Violations.