**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 25-CR-60273-PCH**

UNITED STATES OF AMERICA,
          Plaintiff,
v.

ROBERT MCKINLEY THOMAS,
          Defendants.
                                                    /

### UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Mr. Robert McKinley Thomas, through undersigned counsel, moves to continue the sentencing hearing currently scheduled for June 12, 2026, at 9:30 a.m. [ECF No. 179]:

1. This Court scheduled Mr. Thomas's sentencing for June 12, 2026, at 9:30 a.m. [ECF No. 179].

2. Since that date was set, the district court in *United States v. Fortune Dernier*, Case No. 24-60162-AHS, scheduled Mr. Dernier's sentencing for the same morning, June 12, 2026, at 10:30 a.m., before the Honorable Anuraag Singhal in Fort Lauderdale. [ECF Nos. 145, 165, 166]. Undersigned counsel represents Mr. Dernier as well.

3. Counsel acknowledges that Mr. Thomas's sentencing was set first. The continuance is sought here, rather than in the Dernier matter, because the record in that case reflects a series of developments, see ECF Nos. 145, 165, and 166, that require counsel's presence before Judge Singhal on June 12.

4. Undersigned counsel conferred with AUSA Snider, who does not object to this motion.

5. Counsel requests that the Court reset Mr. Thomas's sentencing to any time during the week of June 16, 2026, other than the mornings of June 17 or 18, due to AUSA Snider's unavailability. Alternatively, if the Court prefers, July 6, 2026, at 10:30 a.m. is proposed, consistent with the Court's order resetting co-defendant Seivright's sentencing to that date. [ECF No. 229].

**WHEREFORE,** Mr. Thomas requests that the Court continue his sentencing to any time during the week of June 16, 2026, other than the mornings of June 17 or 18, or alternatively to July 6, 2026, at 10:30 a.m.

Dated: June 10, 2026                                  Respectfully submitted,

**STUMPHAUZER KOLAYA
& SLOMAN, PLLC**
Two South Biscayne Blvd.,
Suite 1600, Miami, FL 33131
Telephone: (305) 614-1400

*/s/ Juan J. Michelen*
Florida Bar No. 92901
jmichelen@sknlaw.com

## CERTIFICATE OF SERVICE

I certify that on June 10, 2026, I filed this motion via CM/ECF, which will serve all counsel of record through the Court's electronic notification system.

*/s/ Juan J. Michelen*