**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 0:25-cr-60273-PCH**

**UNITED STATES OF AMERICA,**

vs.

**ROBERT MCKINLEY THOMAS,**

     Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant Robert McKinley Thomas's Unopposed Motion to Continue Sentencing Hearing [ECF No. 230]. Given the nature of the case, it is important that the Court sentence as many Defendants as possible at the same hearing. Furthermore, the Court understands that Defense Counsel's conflicting sentencing hearing will be rescheduled. Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion [ECF No. 230] is **DENIED.**

**DONE AND ORDERED**, in Miami, Florida on June 11, 2026.

_____

**PAUL C. HUCK**
**UNITED STATES DISTRICT JUDGE**

**Copies provided to:**
Counsel of Record